UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIANA DARRINGTON** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \*   Civil Action No.: 1: 23-00016-KD-C |
| | \* |
| **NAVY FEDERAL CREDIT UNION,** | \* |
| | \* |
| Defendant. | \* |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 27, 2023 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant Navy Federal Credit Union's motion to dismiss (Doc. 12) is **GRANTED** and that all claims in Plaintiff Tiana Darrington's Amended Complaint presented against Navy Federal are **DISMISSED** with prejudice.

**DONE and ORDERED** this 21st day of July 2023.

    s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**