UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIANA DARRINGTON** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 1: 23-00016-KD-C |
| | * | |
| **NAVY FEDERAL CREDIT UNION,** | * | |
| | * | |
| | * | |
| Defendant. | * | |

JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that Defendant Navy Federal Credit Union's motion to dismiss (Doc. 12) is GRANTED and that all claims in Plaintiff Tiana Darrington's Amended Complaint presented against Navy Federal are DISMISSED with prejudice.

DONE AND ORDERED this the 21st day of July 2023.

                            s/ Kristi K. DuBose
                            KRISTI K. DuBOSE
                            UNITED STATES DISTRICT JUDGE